**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel:  626-799-9797**
**Fax:  626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiffs**
**Garden City Boxing Club, Inc.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED - 12/14/06*

| | |
|---|---|
| **Garden City Boxing Club, Inc.** | **CASE NO. C 06-5665 RMW** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER** |
| **vs.** | **()** |
| **Jaime Norberto, et al.** | |
| **Defendant.** | |

Plaintiff Garden City Boxing Club, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Friday, December 15, 2006 at 10:30 a.m. to a new date approximately forty-five (45) to sixty (60) days forward. This request will be, and is, made pursuant to Civil L.R. 7-11, and is necessitated by the fact that Plaintiff has not perfected service of process as to the defendants named to this action.

In addition, as of this writing, Plaintiff's counsel has not conferred with either defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

1

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case

2

Management Conference presently scheduled for Friday, December 15, 2006 at 10:30 am to a new date

3

approximately forty-five (45) to sixty (60) days forward in order that each of the defendants may be

4

served and Plaintiff's counsel may thereafter confer with the defendants and/or their counsel and

5

thereafter prepare and file a joint Case Management Conference Statement for the Court's review.

6

7

8

Respectfully submitted,

9

10

11

12

Dated: December 13, 2006

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**

13

By: Thomas P. Riley

14

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

15

///

16

///

17

///

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

27

///

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER
CASE NO. C 06-5665 RMW
PAGE 2**

## ORDER

     It is hereby ordered that the Case Management Conference in civil action number 06-5665 RMW styled *Garden City Boxing Club, Inc. v. Jaime Norberto, et al*., is hereby continued from 10:30 am, Friday, December 15, 2006, to__February 9, 2007 @ 10:30 a.m._____.

     The Parties shall file a joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

     Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

  /s/  Ronald M. Whyte_____     Dated:_12/14/06_____

**THE HONORABLE RONALD M. WHYTE**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER**
**CASE NO. C 06-5665 RMW**
**PAGE 3**

1

2

### PROOF OF SERVICE (SERVICE BY MAIL)

3

    I declare that:

4

5

    I am employed in the County of Los Angeles, California.  I am over the age of eighteen years

6

and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena,

7

California 91030.  I am readily familiar with this law firm's practice for collection and processing of

8

correspondence/documents for mail in the ordinary course of business.

9

10

    On, December 13, 2006, I served:

    **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE
    MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

11

12

    On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage

13

prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

14

15

    Jaime Norberto (Defendant)            Jesus L. Barajas
    4021 International Blvd.               4021 International Blvd.
    Oakland, CA 94601                     Oakland, CA 94601

16

17

    Maria Norberto (Defendant)            Paulina C. Barajas
    4021 International Blvd.               4021 International Blvd.
    Oakland, CA 94601                     Oakland, CA 94601

18

19

20

21

    I declare under the penalty of perjury pursuant to the laws of the United States that the

22

foregoing is true and correct, and that this declaration was executed on December 13, 2006, at South

23

Pasadena, California.

24

25

Dated:  December 13, 2006                 */s/ Inesa Mamidjanyan*
                                          **INESA MAMIDJANYAN**

26

27

28

---

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER
CASE NO. C 06-5665 RMW
PAGE 4**